RE: DWIGHT D. YORK
Docket No. 5:02-CR-27-001

teachings. The defendant's followers migrated to this community and were under the defendant's influence and direction as identified in the offense conduct section of the report.

230. The defendant has never been legally married within the United States. Although unconfirmed, York reports a marital relationship with Fatima Senosi, age 48, who resides in Sudan. Through this relationship, the defendant has fathered two children: Muhammad Senosi Omar, age 19, and Amaal Senosi Omar, age 15. The defendant has also fathered the following children who are known to the defendant's sister, Dale Brown: Hagar Muhammid Eatman, age 28, born to a relationship with Haroline Herbert; Rebecca Johnson, age 10, and Elijah Johnson, age nine, born to a relationship with Kathy Johnson; Dwight Totten, age 37, born to a relationship with Gloria Totten; Zain Muhammad, deceased; Yadullahi Muhammad, deceased; Jacob Muhammad, age 29; Abu-Bakr Muhammad, age 32; and Fatamah Muhammad, age 33, all born to a relationship with Dorothy Johnson (deceased). The investigation also revealed that the defendant has fathered children through relationships with various victims identified in this case including: Enlil Washington, born to the relationship with Habiba Washington, and Harry Parham, born to the relationship with Sakinah Parham. Information reflects that the defendant has fathered numerous children through additional relationships. The number of children fathered by the defendant is estimated to be approximately 100. Records seized by law enforcement personnel reflect that the defendant kept various records depicting a photograph and/or name of the mothers (47) and their children (77).

231. The defendant reported that prior to his arrest, he was residing at 155 Mansfield Court, Athens, Georgia. However, information confirms that he was also residing at his residence on Shady Dale Road in Putnam County. Probation officers assigned to the Athens Division attempted to conduct a visit to the Athens home on March 6, 2002. Officers were denied access to the home. The home was observed to be a large brick home situated on a large lot on a cul-de-sac in west Clarke County. The Clarke County Tax Assessor's Office identifies a value of $575,357 for this property. The home has a pool and is considered to be in a high-income residential area. The property was observed to be in a state of disrepair and is currently occupied by Thomas Chisim who operates All Eyes on Egypt Book Store in Athens. Chisim is identified as a long-time supporter of the defendant and is associated with York's ministries.

**Physical Condition**

232. The defendant is 5' 7" tall and weighs 175 pounds. He has brown eyes and black hair. He does not have any tattoos. The defendant related that he is in fair health but suffers from angioedema. Angioedema is a condition that causes episodic attacks of swelling which may affect the face, extremities, genitals, gastrointestinal tract, and upper airways. Since 1997, the defendant has been treated by the Family Practice of Monticello. Records obtained from this practice reflect that the defendant suffered episodes of swelling and edema of his mouth

RE: DWIGHT D. YORK
Docket No. 5:02-CR-27-001

and throat during February/March 2002. As reported by the defendant and confirmed by his physician, one of these incidents resulted in the asphyxiation of the defendant requiring resuscitation. Information reflects that the defendant's physician at one time resided at the Putnam County compound. In the past, the defendant has been treated with the following medications: Epinephrine, Diphenhydramine, Zyrtec, Hydroxyzine, Danocrine, Methyltestosterone, and Prednisone. The Jones County Sheriff's Department related that York is prescribed Hydroxyzine 50 mg. in the morning and evening and 25 mg. at night. Hydroxyzine is an antihistamine used to treat the symptoms associated with angioedema.

## Mental and Emotional Health

233. A forensic psychological evaluation was completed at the request of defense counsel. The evaluation began on May 28, 2002, and included diagnostic interviews, clinical interviews, observations and various testing. The majority of the testing and interviews occurred over a six-day period between January 16, 2003, and January 22, 2003. The evaluation reflects a Diagnostic and Statistical Manual, Fourth Edition impression consisting of Axis I - Clinical Syndrome of Delusional (Paranoid) Disorder, Generalized Anxiety Disorder, Adjustment Disorder with Depressed Mood, and Axis II - Personality Disorders: Histrionic Personality Traits, Self-Defeating Personality Traits, and Schizotypal Personality Features.

## Substance Abuse

234. York related that he first used alcohol at the age of 17 and reported his use as limited to social occasions. He denied the use of marijuana or other controlled substances. However, a presentence report conducted by the Southern District of New York in 1988 reflects that York reported he smoked marijuana and abused alcohol during the early 1960s and discontinued substance abuse and alcohol use during the mid-1960s.

## Education and Vocational Skills

235. The defendant attended high school in Teaneck, New Jersey, and Brooklyn, New York. Information provided by the defendant reflects that he completed the ninth grade prior to his withdrawal. The defendant's sister, Dale Brown, was unable to confirm the completion of high school. York stated that he attended the American University in Cairo, Egypt, for approximately three months during the mid-1970s and has also attended the University of Khatum in Sudan. However, the American University in Cairo could not confirm this information and indicated no record of York's attendance. The defendant stated that the name "Dr. York" was initially a music stage name. However, he related that he received a Doctorate of Divinity from a home school institution in San Juan, California. Efforts to verify this degree have been unsuccessful.